IN THE UNITED STATES BANKRUPTCY
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:   Gilberto & Cathy Davis          :     Bk. No.: 15-13718- AMC
                                      :
                                      :

**ORDER**

AND NOW, this 23rd day of April 2025,

Upon review of the Motion for Return of Property and any response thereto, it is hereby ORDERED and DECREED that said Motion is Granted. The Clerk of Court is hereby Ordered to return funds, $2,010.46 to Gilberto & Cathy Davis, 112 Saginaw Road, Lincoln University PA 19352 upon receipt of this order.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge