United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 15-13718-amc
Gilberto P. Davis   Chapter 13
Cathy J. Davis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 23, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilberto P. Davis, Cathy J. Davis, 112 Saginaw Road, Lincoln University, PA 19352-8900 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

**Name**     **Email Address**

HAROLD N. KAPLAN
    on behalf of Creditor PNC BANK NA hkaplan@rasnj.com

JOHN A. GAGLIARDI
    on behalf of Creditor Anthony & Judith Zeloyle jgagliardi@wgflaw.com lfolkert@wgflaw.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor PNC Bank  National Association ekishbaugh@kmllawgroup.com

MICHAEL J. BRESNAHAN
    on behalf of Debtor Gilberto P. Davis mikewcpsu@verizon.net

MICHAEL J. BRESNAHAN
    on behalf of Joint Debtor Cathy J. Davis mikewcpsu@verizon.net

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

ROBERT J. LOHR, II
    on behalf of Debtor Gilberto P. Davis bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

ROBERT J. LOHR, II
    on behalf of Joint Debtor Cathy J. Davis bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor PNC Bank  National Association ssmith@stradley.com, amautz@pincuslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:    Gilberto & Cathy Davis        :    Bk. No.: 15-13718- AMC
                                     :
                                     :

**ORDER**

AND NOW, this 23rd day of April 2025,

Upon review of the Motion for Return of Property and any response thereto, it is hereby

ORDERED and DECREED that said Motion is Granted. The Clerk of Court is hereby

Ordered to return funds, $2,010.46 to Gilberto & Cathy Davis, 112 Saginaw Road,

Lincoln University PA 19352 upon receipt of this order.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge